LOUISVILLE & NASHVILLE RAILROAD COMPANY, A CORPORA-
TION, *Plaintiff in Error*, v, M. E. SAVAGE, *Defendant
in Error*.

En Banc.

Opinion Filed December 20, 1924.

A Writ of Error to the Circuit Court for Okaloosa
County; A. G. Campbell, Judge.

*McGeachy & Lewis*, for Plaintiff in Error.

*Kehoe & Adams*, for Defendant in Error.

PER CURIAM.—Damages in $450.00 were awarded for
injury to an automobile on a railroad grade crossing.
The declaration alleges negligence in not maintaining a
safe crossing, but the record discloses that the condition
of the automobile and the negligence of the party running
it contributed largely and proximately to the injury.
Under such circumstances, the judgment is excessive. in.
that the damages were not reduced in proportion to the
negligence of the driver. The plaintiff may remit $250.00,
or the judgment will stand reversed for a new trial.

It is so ordered.

WHITFIELD, ELLIS, BROWNE, WEST AND TERRELL, J. J.,
concur.

TAYLOR, C. J., dissents: Because in my view there is
no evidence whatever showing any negligence on the part
of the defendant railroad company, but negligence was
solely on the part of the plaintiff.